| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Reeves, Danny C | 2. Court or Organization  U. S. Dist. Ct., ED of KY | 3. Date of Report  4/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge - Active | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U. S. Courthouse  Rm. 444, 310 S. Main Street  London, Kentucky 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 28 A 9 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2003 | Eastern Kentucky University/Salary |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Treasury Bond (a) | B | Interest | K | T | | | | | |
| 2. U.S. Treasury Bond (b) | B | Interest | K | T | | | | | |
| 3. U. S. Treasury Bond ( c) | B | Interest | J | T | | | | | |
| 4. Household Bank FSB CD | A | Interest | J | T | Redeemed | 05/27 | J | A | |
| 5. XY Providian NB CD | A | Interest | J | T | | | | | |
| 6. Applied Materials (Common Stock) | | None | J | T | | | | | |
| 7. Time Warner (formerly, AOL Time Warner) (Common Stock) | | None | J | T | | | | | |
| 8. Arch Coal Inc. (Common Stock) | A | Dividend | K | T | Sold | 06/11 | K | A | |
| 9. AT&T Wireless Svs.(Common Stock) | | None | J | T | | | | | |
| 10. Avaya Inc. (Common Stock) | | None | J | T | Sold | 7/30 | J | A | |
| 11. Central Parking Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 12. CISCO Systems Inc. (Common Stock) | | None | J | T | Sold | 7/30 | J | A | |
| 13. Coca Cola Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 14. Home Depot Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 15. Intel Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 16. Lucent Technologies (Common Stock) | | None | J | T | | | | | |
| 17. Morgan Keegan Cash Account (X) | A | Interest | M | T | | | | | |
| 18. Microsoft Corp. (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oracle Systems Corp. (Common Stock) | | None | J | T | | | | | |
| 20. Palmone (formerly, Palm Corp.) (Common Stock) | | None | J | T | | | | | |
| 21. Palmsource, Inc. (Common Stock) | | None | J | T | spin-off | 10/30 | J | | |
| 22. Republic Bank Corp. (Common Stock) | A | Dividend | J | T | partial sale | 7/30 | J | A | |
| 23. SBC Communications (Common Stock) | A | Dividend | J | T | | | | | |
| 24. United Parcel Service (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Vanguard Undex Trust 500 (Mutual Fund) | A | Dividend | L | T | | | | | |
| 26. Kentucky Teacher Retirement System | A | Interest | J | T | | | | | |
| 27. Kentucky Retirement System | A | Interest | J | T | | | | | |
| 28. RYDEX Series JUNO Fund | A | Dividend | K | T | Buy | 04/10 | | | |
| 29. | | | | | Buy | 10/08 | | | |
| 30. | | | | | Buy | 12/29 | | | |
| 31. AMF Adj. Rate Mtg. | A | Dividend | | | Buy | 01/02 | | | |
| 32. | | | | | Sold | 01/24 | L | A | |
| 33. Republic Bank (Accounts) | B | Interest | M | T | | | | | |
| 34. NASDAQ 100 (QQQ) | A | Dividend | K | T | | | | | |
| 35. Fifth Third (Retirement Rollover) (X) | | None | | | Dist. | 11/07 | J | A | |
| 36. Agere Systems | | None | J | T | Sold | 7/30 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37.    Regions FDIC (X) | A | Interest | J | T | Bought | 9/24 | J | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 | | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | | | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C | 4/23/2004 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. (Section II) The agreement reported in earlier Disclosure Statements was paid in full in 2002. Therefore, it has not been listed in this report.

2. (Section VII, Lines 17 and 37) Proceeds of 7/30/03 stock sale placed in Morgan Keegan Cash Account and on 9/24/03 invested in in Regions FDIC but reflected in cash account.

3. (Section VII, Lines 20 and 21) On October 30, 2003, Palm Corp. changed its name to Palmone and spun-off additional shares of Palmsource. Shares in this company were acquired on this same date.

4. (Section VII, Line 35) After this retirement account was closed, it transmitted additional funds on November 7, 2003 (presumably, following an audit of the account).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C | 4/23/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                     Date _April 23, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544